FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 DEC 27 AM 9: 34

CLERK M. akins
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ANTHONY ALEXANDER BURNS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 116-018 |
| | ) | |
| MICHAEL W. NAIL, Commissioner, and | ) | |
| WILLIAM EDWARDS, Probation Officer, | ) | |
| | ) | |
| Respondents. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Respondents' motion to dismiss (doc. no. 14), and **DISMISSES** Respondents Shepard and Head as improper parties.

Because Petitioner is on probation, the proper Respondents are Probation Officer William Edwards and Commissioner Michael W. Nail. (See doc. no. 23.) Accordingly, pursuant to Rule 2(b) of the Rules Governing Section 2254 Cases, the Court **DIRECTS the**

**CLERK** to substitute these Respondents for Respondent Ahmed Holt.

SO ORDERED this 27th day of December, 2016, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA